BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

GABRIEL MARTINEZ (CABN 275142)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Gabriel.Martinez4@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 15-00311 JD |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER OF DETENTION PENDING TRIAL |
| JUAN HERNANDEZ, | ) |
| Defendant. | ) |

Defendant Juan Hernandez is charged in a four-count Indictment with one count of Fraud in Connection with Identification Documents, in violation of 18 U.S.C. § 1028(a)(2). Doc. No. 12.

On March 8, 2017, the defendant made his initial appearance and was arraigned on the charged Indictment in the captioned case. Doc. No. 49. The United States moved for detention on the basis that the defendant was a flight risk. The Court set a detention hearing for March 13, 2017.

On March 13, 2017, the parties appeared for the scheduled detention hearing. Following a full detention hearing, and considering the Pretrial Services bail study and oral proffers of counsel as reflected on the record, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered the defendant detained, finding that the government had met its burden of showing by clear and convincing evidence that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the

[PROPOSED] ORDER OF DETENTION PENDING TRIAL
CR 15-00311 JD

1  appearance of the defendant as required if he is not detained in custody pending resolution of the
2  charged offense.

3       The Court took note of several reasons relating to the nature of the offense, the weight of the
4  evidence, and the history and characteristics of the defendant in determining that the defendant posed a
5  significant risk of flight. 18 U.S.C. § 1342(g). First, the defendant's Indictment charges the defendant
6  with the transfer of false Social Security and Alien Registration Cards. Doc. No. 12. Second, the
7  defendant has been a fugitive since June 2015. After Homeland Security agents unsuccessfully
8  attempted to arrest Hernandez, he did not return home, abruptly quit and did not return to his job, and
9  abandoned his van. Third, Homeland Security detained and transferred the defendant to the Northern
10 District of California after he attempted to cross the United States border from Mexico using another
11 person's identification. Fourth, the defendant does not appear to have any legal status to stay in the
12 United States. Fifth, the pretrial bail report found that Hernandez's current home is in Mexico. While
13 Hernandez has a child living in California, the child lives with his mother and the mother is married to
14 another person. Pretrial Services also recommended Hernandez's detention.

15      Therefore, the defendant is ordered detained as no condition or combination of conditions will
16 reasonably assure the appearance of the defendant. The defendant may request a further detention
17 hearing should his circumstances change at any future time. *See* 18 U.S.C. § 3142(f).

18      The defendant is committed to the custody of the Attorney General or a designated representative
19 for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or
20 serving sentences or held in custody pending appeal. 18 U.S.C. § 3142(i)(2). The defendant must be
21 afforded a reasonable opportunity to consult privately with counsel. 18 U.S.C. § 3142(i)(3). On order
22 of a court of the United States or on request of an attorney for the government, the person in charge of
23 the corrections facility must deliver the defendant to the United States Marshal for court appearances.
24 18 U.S.C. § 3142(i)(4).

25      IT IS SO ORDERED.

26

27 DATED: __3/22__, 2017                             _____
28                                                                HON. KANDIS A. WESTMORE
                                                                  United States Magistrate Judge

[PROPOSED] ORDER OF DETENTION PENDING TRIAL
CR 15-00311 JD